AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JUSTIN BAKER-RHETT <br><br> *Plaintiff(s)* <br><br> v. <br><br> S. CARTER ENTERPRISES, LLC and KANYE WEST <br><br> *Defendant(s)* | Civil Action No. 16-cv-2013-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    S. Carter Enterprises, LLC
    c/o Corporate Creations Network Inc.
    3411 Silverside Rd #104 Rodney Building
    Wilmington, De 19810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Todd M. Logan
    tlogan@edelson.com
    EDELSON PC
    329 Bryant Street, Suite 2C
    San Francisco, California 94107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

*Cynthia J. Lenahan*

Date: April 19, 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JUSTIN BAKER-RHETT <br><br> *Plaintiff(s)* <br><br> v. <br><br> S. CARTER ENTERPRISES, LLC and KANYE WEST <br><br> *Defendant(s)* | Civil Action No. C-16-2013-KAW |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kanye West
24895 Long Valley Rd,
Hidden Hills, CA 91302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Todd M. Logan
tlogan@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, California 94107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

*Cynthia J. Lenahan*

Date:  April 19, 2016

*Signature of Clerk or Deputy Clerk*