919 THIRD AVENUE NEW YORK, NY 10022-3908

JENNER&BLOCK LLP

August 4, 2016

Andrew H. Bart
Tel +1 212 891 1645
ABart@jenner.com

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re: *Baker-Rhett v. West, et al*, Case No. 1:16-cv-05801-GHW

Dear Judge Woods:

We represent Defendant Kanye West in the above-referenced action. Pursuant to Your Honor's individual practices, we submit this letter to request an adjournment of the Initial Pretrial Conference currently scheduled for August 26, 2016 at 11:30 a.m. (Dkt. No. 27). I have a pre-existing one week family vacation that week and respectfully request that the conference be adjourned until after that week.

This is our first request for an adjournment. We have conferred with counsel for Plaintiff Justin Baker-Rhett and counsel for Defendant Aspiro AB and they consent to this request. Together, we propose the following alternative dates for the Conference:

- Wednesday, September 7, 2016
- Friday, September 9, 2016

Accordingly, we respectfully request that the Conference be held on one of the foregoing dates.

Respectfully submitted,

/s/ Andrew H. Bart
Andrew H. Bart

cc: Benjamin H. Richman, Esq.
Jay Edelson, Esq.
Fred D. Weinstein, Esq.
Ashley L. Shively, Esq.
Casey D. Laffey, Esq.
Robert D. Phillips, Jr., Esq.
Thomas A. Evans, Esq.

CHICAGO LONDON LOS ANGELES NEW YORK WASHINGTON, DC

WWW.JENNER.COM

109206.1