

**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2016
```

August 9, 2016

**MEMORANDUM ENDORSED**

<u>By ECF</u>

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

Re: *Justin Baker-Rhett v. Aspiro AB and Kanye West d/b/a Tidal*
 *(No. 16-cv-05801) (GHW) (AJP)*

Dear Judge Woods:

We represent defendant Aspiro AB ("Aspiro") in the above-referenced action and write, pursuant to Rule 1E of Your Honor's Individual Rules of Practice in Civil Cases, to request that Aspiro's time to respond to or seek leave to move against the Corrected First Amended Complaint of plaintiff Justin Baker-Rhett ("Plaintiff") be extended two weeks, from August 11, 2016 to August 25, 2016. Aspiro requests this additional time to permit its New York counsel to transition onto the matter following the transfer of this action from the United States District Court, Northern District of California, on July 21, 2016. This is Aspiro's first request to extend its post-transfer deadline to respond to the Corrected First Amended Complaint. Plaintiff consents to this request.

We thank the Court for its attention to this matter.

Respectfully,

/s/ Jordan W. Siev

cc: Counsel for all parties (via ECF)

Application granted. The deadline for Defendant Aspiro AB to answer or otherwise respond to Plaintiff's complaint is extended to August 25, 2016.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 33.

SO ORDERED.

Dated: August 10, 2016
New York, New York

_____
GREGORY H. WOODS
United States District Judge

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN