UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JUSTIN BAKER-RHETT, individually
and on behalf of all others similarly situated,

               Plaintiff,

               16-cv-05801-GHW

v.

ASPIRO AB, a Swedish limited liability
company, and KANYE WEST, an individual,
together d/b/a TIDAL,

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO
RULE 41(a)(1)(A)(ii)**

               Defendants.
-----------------------------------------------------------X

      Plaintiff Justin Baker-Rhett ("Plaintiff"), Defendant Aspiro AB ("Aspiro"), and Defendant Kanye West ("Mr. West") (collectively "the Parties"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of Plaintiff's individual claims with prejudice and the putative class's claims without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**JUSTIN BAKER-RHETT,**

Dated: January 30, 2019

By: _____
One of His Attorneys

Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
Sydney M. Janzen (*pro hac vice*)
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Dated: January 30, 2019

ASPIRO AB,

By: _____
One of Its Attorneys

Jordan W. Siev
jsiev@reedsmith.com
Pamela L. Schoenberg
pschoenberg@reedsmith.com
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel: 212.549.0389
Fax: 212.521.5450

Ashley L. Shively
ashively@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Franscisco, California 94105
Tel: 415.543.8700
Fax: 415.391.8269

Dated: January 30, 2019

KANYE WEST,

By: _____
One of His Attorneys

Andrew H. Bart
abart@jenner.com
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022
Tel: 212.891.1645
Fax: 212.891.1699

Kenneth K. Lee
klee@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3500
Los Angeles, California 90071
Tel: 213.239.5152
Fax: 213.239.5162

## SIGNATURE ATTESTATION

Pursuant to Section 8.5 of the Southern District of New York's Electronic Case Filing Rules & Instructions, I hereby attest that all persons whose signatures are indicated above consent to the filing of this document.

s/ Benjamin H. Richman

## CERTIFICATE OF SERVICE

I, Benjamin H. Richman, hereby certify that on January 30, 2019, I served the above and foregoing *Stipulation of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(ii)* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF system.

s/ Benjamin H. Richman